162 F.3d 1150
 Demetrius J. Grant
v.
John Doe, Warden of SCI-Pittsburgh, John Doe, Deputy Warden
of SCI-Pittsburgh, Frank Cole, Correctional Lieutenant, John
Doe 1, Correctional Officer, John Doe 2, Correctional
Officer, John Doe 3, Correctional Officer, John Doe 4,
Correctional Officer, John Doe 5, Correctional Officer, John
Doe 6, Correctional Officer, John Doe 7, Correctional
Officer, John Doe 8, Correctional Officer, John Doe 9, Correctional
 NO. 98-3238
 United States Court of Appeals,
Third Circuit.
 June 23, 1998
 Appeal From: W.D.Pa. ,No.97cv01738
 
 1
 Appeal Dismissed.